UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Mary A. Hurley

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

1. Veterans Hospital of Philadelphia
2. Veterans Medical Clinic
3. Veterans Psychiatric Ward 7th Fl *used*
   All nurses & doctors on 7th Fl +
   Dr Katherine Dilliard
   Dr Jarrell Jones Mathews
   Dr Chai & every one *nurse* who
   dispensed wrong medication
   + injections in shoulder *Mary Hurley*

**RECD JUN 21 2024**

**COMPLAINT**

Jury Trial: ☐ Yes  ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.  Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name            Mary A. Hurley
           Street Address  3052 N. 15th Street
           County, City    Philadelphia
           State & Zip Code  PA. 19132
           Telephone Number

*Rev. 10/2009*

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name _Veterans Hospital + Veterans Medical Clinic_
Street Address _3900 Woodland Ave_
County, City _Philadelphia_
State & Zip Code _Pa 19104_

Defendant No. 2
Name _Dr Kathleen Dillard 7th Fl 7West_
Street Address _3900 Woodland Ave_
County, City _Philadelphia_
State & Zip Code _Pa 19104_

Defendant No. 3
Name _Dr Jarred Jonas Mathews 7th Fl 7West_
Street Address _3900 Woodland Ave_
County, City _Philadelphia_
State & Zip Code _Pa 19104_

Defendant No. 4
Name _Dr Chui 7th Fl 7th West_
Street Address _3900 Woodland Ave_
County, City _Philadelphia_
State & Zip Code _Pa 19104_

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   Q Federal Questions         Q Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Civil Rights Violations under Section 42 U.S.C. 1983 Any person who under color of any state, regulation, customs any state any citizen of the United States within jurisdiction may sue state or local officials for deprivation of any rights privileges or immunities secured by the constitution and federal laws_

Rev. 10/2009                                      - 2 -

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _Citizens of the United States of America_

Defendant(s) state(s) of citizenship _Citizens of the United States of America_

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? _In the city of Philadelphia at the Veterans Hospital and medicine clinic_

B. What date and approximate time did the events giving rise to your claim(s) occur? _I think March or may of 2022_

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

C. Facts: _Ebony has clumps in her shoulder, left + right shoulder from continuing injections in the hospital she doesn't the doctors failed to recognize the condition and is a case Negligence the medical nurse sent her upstairs in 2022 and they locked her behind doors against her will injected her at least twice a day didn't allow her to go home this is a sick case they forced medication in her system that caused side effects stripped her down they are prescribing + dispensing medication for medical conditions she doesn't have and her history can be proven from her childhood development she is not supposed to be put in and out of a hospital (Ordered) as if she is obligated to serve the hospital patients + the City of Philadelphia to be a radio program of problems she never grew up with I her mother Mary Harley are suing the VA Hospital and all doctors involved 17 times every two years these people use science, military telecommunications to put her mind in a mental state just so she would not live the life she always wanted to have I am suing for 25 million dollars they failed to put her mind in this state she doesn't know if the lumps are cancerous, blood clots she's back in the Hospital in April of 2024 after coming home in March I need to appear in an scheduled court hearing before the courts to explain the details of the case_

Rev. 10/2009    3

IV.  Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. her mind was taken away from her put in a confused, disorganized state affected her communication she was put out of her 4 bdrm home to walk around her neighborhood she lived here for just 2 yrs as of today put trash bags on windows + cardboard she caused physical damages to her new home she threw out her kitchen set lamps 50" color plasma TV she was in a car accident a car crash it put her eyes in a bugged eyes state she was given a DUI Record and never used drugs misdiagnosed medication the hospital forced her to take put her mind in a psychosis state (Clozapine) Trazodone an antidepressant medication she never said she was depressed she has cut bruises across from these people taking her mind she almost her neck she never knew what happened the next day in the hospital in 2017 this technology put her in a mental state of mind off + on

V.  Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I want my daughter to be compensated for the damages they caused Ebony the pain + suffering I am asking the courts to order all parties to a court hearing in court so I can get a better understanding why did they choose my daughter to take up for all the problems of other people having + her to sacrifice her life for + whatever other reasons I can't understand Ebony worked hard growing up got good grades A student since elementary played the violin at 9yrs of age until she was 17yrs of age wanted to become someone with a life + career after graduating she wanted to go to college + finally got a degree in 2012 the highest honor on the Deans List Summa Cum Latte studied to become a Real Estate Realtor and passed those courses she worked for Legal Shield had her own business cards she has been hospitalized across the city 17 times they have to be an explanation from all I am working on representation to help her get compensated + peace of mind they keep tampering with her mind taking control and they have to pay.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 21st day of June , 2024.

Signature of Plaintiff  Mary Harley
Mailing Address  3052 N. 15th Street

Telephone Number
Fax Number *(if you have one)*
E-mail Address

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this ____ day of _____, 20____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____